IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Criminal No. 04-317 |
| | ) |
| AIMEE JONES, | ) |
| | ) |
| Defendant. | ) |

## FINDINGS AND JUDGMENT REGARDING FORFEITURE

AND NOW, this 20th day of October, 2005, upon consideration of the Government's Motion for Judicial Finding of Forfeiture, for Forfeiture Judgment, and for Inclusion of Forfeiture Judgment as Part of Sentence and in Criminal Judgment (document No. 37) filed in the above-captioned matter on August 4, 2005, and upon further consideration of the Defendant's Response thereto (document No. 39),[1]

IT IS HEREBY ORDERED that said Motion is GRANTED as modified herein.

The Court, based on the record in this case, finds that the Government has proved by a preponderance of the evidence that Defendant acquired the sum of $199,716.25 in cash from her violation of 18 U.S.C. § 1347(2), and that, using proceeds in the amount of

---

[1] The Court notes that the parties have filed additional briefs and position statements as to this motion (document Nos. 41, 42, 49, 50, 51). The Court has also considered these documents in deciding the present motion.

$5,500.00 from that sum of cash, Defendant acquired a 2003 Honda motorcycle, model CBR900RR3, VIN JH2SC50053M103433.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that an <u>in personam</u> judgment in the amount of $194,216.25 be, and hereby is, entered against Defendant Aimee Jones and in favor of the United States of America pursuant to Federal Rule of Criminal Procedure 32.2(b)(1) and 18 U.S.C. §§ 982(a)(7) and 982(b)(1). IT IS FURTHER ORDERED that all right, title, and interest of Aimee Jones in the 2003 Honda motorcycle, model CBR900RR3, VIN JH2SC50053M103433, is hereby forfeited to the United States pursuant to Federal Rule of Criminal Procedure 32.2(b)(1) and 18 U.S.C. § 982(a)(7). This forfeiture judgment shall be part of Defendant's sentence and criminal judgment.

The United States is hereby directed to file a motion requesting authority to begin ancillary forfeiture proceedings pursuant to 18 U.S.C. § 982(b)(1), which incorporates, <u>inter alia</u>, 21 U.S.C. § 853(n), in order to adjudicate the interest of any person other than Defendant Aimee Jones in the 2003 Honda motorcycle, including any interest that may be claimed by Eric Jones.

                              S/Alan N. Bloch
                              United States District Judge

cc/ecf:   Asst. U.S. Atty. Shaun Sweeney
           Asst. U.S. Atty. Mary Houghton
           Ronald Hayward, Esquire
           Aimee Jones
           U.S. Probation Office
           U.S. Marshal